In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-04-004 CV


____________________



MARCO D. CARNEVALE, Appellant



V.



ENDOVASC CORPORATION, Appellee






On Appeal from the 359th District Court


Montgomery County, Texas


Trial Cause No. 03-04-02939-CV






MEMORANDUM OPINION (1)


 The appellant, Marco D. Carnevale, filed a motion to dismiss this accelerated
interlocutory appeal because the issues made the basis of this appeal have been mooted by
the dissolution of the temporary injunction. The Court finds that the motion is voluntarily
made by the motion of the appellant prior to any decision of this Court and should be
granted. Tex. R. App. P. 42.1(a)(1).

 It is, therefore, ORDERED that the motion to dismiss be granted and the appeal is
therefore DISMISSED without reference to the merits of the appeal. Appellate costs are
assessed against the appellant.

 PER CURIAM

Opinion Delivered April 22, 2004 

Before Burgess, Gaultney and Hill (2), JJ.
1. Tex. R. App. P. 47.4.
2. The Honorable John Hill, sitting by assignment pursuant to Tex. Gov't Code
Ann. § 74.003(b) (Vernon 1998).